UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HARRELL,<br><br>        Plaintiff,<br><br>    v.<br><br>FERGUSON PS,<br><br>        Defendant. | Case No. 3:22-cv-06337-JD<br><br>**ORDER TO SHOW CAUSE** |

In this action for breach of contract, pro se plaintiff Tony Harrell has not filed an opposition to defendant's motion to dismiss, which was filed on October 28, 2022. Dkt. No. 6. His response was due November 14, 2022. Civil L.R. 7-3(a).

Harrell is ordered to show cause in writing by **February 7, 2023**, why the case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 24, 2023

JAMES DONATO
United States District Judge